USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
INDEMNITY INSURANCE COMPANY OF                              :
NORTH AMERICA,                                              :
                                      Plaintiff,            :   19 Civ. 3651 (LGS)
                                                            :
                  -against-                                 :   ORDER
                                                            :
673753 Ontario Ltd., ET AL.,                                :
                                                            :
                                      Defendants.           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the remaining parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. **The parties may, however, file their anticipated stipulation of dismissal at any time.** Any pending deadlines and conferences are CANCELED.

Dated: February 20, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE